# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SHANNON O'NEILL, | ) |
| Plaintiff, | ) Case No. 1:24-cv-00470-MN |
| v. | ) |
| ZEROFOX HOLDINGS, INC., JAMES C. FOSTER, TODD P. HEADLEY, SAMSKRITI KING, ADAM GERCHEN, THOMAS F. KELLY, TERESA H. SHEA, BARBARA STEWART, and PAUL HOOPER, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: May 1, 2024

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*